372 A.2d 839

Commonwealth v. Jones, Appellant.

Submitted June 22, 1976.

Chester Thomas Cyzio, for appellant; James J. Wilson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 839

Commonwealth v. Jones, Appellant.

Submitted March 22, 1976. Stanley J. Ellenberg, for appellant; Steven H. Goldblatt, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents.